```
 1  PETER P. EDRINGTON, Esq. (074355)
    EDRINGTON, SCHIRMER & MURPHY LLP
 2  2300 Contra Costa Boulevard, Suite 450
    Pleasant Hill, CA  94523-3936
 3  Telephone:  (925) 827-3300
    Facsimile:  (925) 827-3320
 4

 5  Attorneys for Defendant CITY OF RICHMOND

 6

 7              UNITED STATES DISTRICT COURT

 8              NORTHERN DISTRICT OF CALIFORNIA

 9
```

| | |
|---|---|
| JUDITH C. MAY, | CASE NO.: C 09-03461 CRB |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S OPEN EXTENSION IN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT |
| CITY OF RICHMOND, POLICE OFFICERS: JOHN DOE I AND JOHN DOE II, SUPERVISOR | |
| Defendants. | |

The plaintiff, in pro per and defendant CITY OF RICHMOND, through its attorney of record, hereby stipulate and agree that defendant CITY OF RICHMOND, may have an open extension to respond to plaintiff's Complaint, up to and including December 15 ~~November 30~~, 2009, at which time the parties will ascertain whether the court file for plaintiff's small claims action, the subject of this litigation, has been located.

DATED: November 2, 2009            EDRINGTON, SCHIRMER & MURPHY

                                   By _____
                                      Peter P. Edrington, Esq.
                                      Attorney for Defendant,
                                      CITY OF RICHMOND

DATED: Nov. 6, 2009

By: *Judith C. May*
Judith C. May
In Pro Per Plaintiff

**ORDER**

In accordance with the foregoing stipulation, IT IS HEREBY ORDERED that defendant will have an open extension in which to respond to plaintiff's Complaint, up to and including ~~November~~ December ~~30~~ 15, 2009.

DATED: November 19, 2009

By _____
IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation Re Filing of Answer            2