PETER P. EDRINGTON, Esq. (074355)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA  94523-3936
Telephone:  (925) 827-3300
Facsimile:   (925) 827-3320

Attorneys for Defendant CITY OF RICHMOND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH C. MAY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF RICHMOND, POLICE OFFICERS:  JOHN DOE I  AND JOHN DOE II, SUPERVISOR<br><br>　　　　Defendants. | CASE NO.:   C 09-03461 CRB<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S OPEN EXTENSION IN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT |

The plaintiff, in pro per and defendant CITY OF RICHMOND, through its attorney of record, hereby stipulate and agree that defendant CITY OF RICHMOND, may have an open extension to respond to plaintiff's Complaint, up to and including ~~November 30~~ December 15, 2009, at which time the parties will ascertain whether the court file for plaintiff's small claims action, the subject of this litigation, has been located.

DATED: November 2, 2009          EDRINGTON, SCHIRMER & MURPHY


                                 By _____
                                    Peter P. Edrington, Esq.
                                    Attorney for Defendant,
                                    CITY OF RICHMOND

Stipulation Re Filing of Answer            1

1  DATED: *Nov. 6,* , 2009

3  By _Judith C. May_
   Judith C. May
   In Pro Per Plaintiff

## ORDER

In accordance with the foregoing stipulation, IT IS HEREBY ORDERED that defendant will have an open extension in which to respond to plaintiff's Complaint, up to and including ~~November~~ December ~~30~~ 15, 2009.

DATED: November 19, 2009

By _[signature]_
Judge Charles R. Breyer
IT IS SO ORDERED
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation Re Filing of Answer      2