UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


JUDITH C. MAY,

               Plaintiff,

  v.

CITY OF RICHMOND, et al,

               Defendants.
_____/

Case Number: CV09-03461 CRB

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 23, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Judith C. May
4524 Barnes Avenue, Apt. 1A
Bronx, NY 10466

Dated: November 23, 2009

Richard W. Wieking, Clerk

By: Barbara Espinoza, Deputy Clerk