IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH C. MAY, | No. CV 09-03461 CRB |
| Plaintiff, | **ORDER REGARDING PLAINTIFF'S SUBMISSION** |
| v. | |
| CITY OF RICHMOND, | |
| Defendant. | |

The Court is in receipt of a filing from Plaintiff Judith May entitled "Support for Waiving Statute of Limitations and Filing of an Appeal." See Docket No. 37. Rather than address any statute of limitations or appellate issues, however, the filing states: "Plaintiff would like to add number 27 to the document Alaska Commission on Judicial Conduct." The filing also asserts that "the defendant allowed vandals to come into the three-story house, where plaintiff rented a one-bedroom apartment, and use microwaves to torture plaintiff." The Court cannot discern from this filing what relief Plaintiff is seeking, if any. Accordingly, to the extent the filing is intended to be a motion, the motion is DENIED.

**IT IS SO ORDERED.**

Dated: January 14, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\3461\order re p submission.wpd