PETER P. EDRINGTON, Esq. (074355)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA  94523-3936
Telephone:  (925) 827-3300
Facsimile:   (925) 827-3320

Attorneys for Defendant CITY OF RICHMOND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH C. MAY,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY OF RICHMOND, POLICE OFFICERS: JOHN DOE I  AND JOHN DOE II, SUPERVISOR<br><br>    Defendants. | CASE NO.:   C 09-03461 CRB<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING EARLY NEUTRAL EVALUATION DEADLINE FROM FEBRUARY 10, 2010 TO FEBRUARY 25, 2010 |

The plaintiff, in pro per and defendant CITY OF RICHMOND, through its attorney of record, hereby stipulate and agree that the deadline for conducting the Early Neutral Evaluation with Gail Killefer, be extended from February 10, 2010 to February 25, 2010, due to Ms. Killefer's unavailability until that time.  The ENE has been set for February 23, 2010 at 10:00 a.m.  All parties are to appear.

DATED: January 20, 2010          EDRINGTON, SCHIRMER & MURPHY


                                 By/s/_____
                                    Peter P. Edrington, Esq.
                                    Attorney for Defendant,
                                    CITY OF RICHMOND

Stipulation Re Extending ENE deadline          1

1  DATED: January 20, 2010

2
                                    By  /s/_____
3                                       Judith C. May
                                        In Pro Per Plaintiff
4

5
                                  **ORDER**
6
        In accordance with the foregoing stipulation, IT IS HEREBY
7
   ORDERED that the deadline to complete the Early Neutral
8
   Evaluation be extended from February 10, 2010 until February 25,
9
   2010, due to the unavailability of the evaluator.
10
        The case management conference is continued to February 26, 2010 at 8:30 a.m..
11

12 DATED: _____January 21____, 2010

13

14                                  By_____
                                        Judge Charles R. Breyer
15

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

Stipulation Re Extending ENE          2
deadline