IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH C. MAY, | No. C 09-03461 CRB |
| Plaintiff, | **ORDER REGARDING REQUEST FOR RULING** |
| v. | |
| RICHMOND CITY OF, | |
| Defendant. / | |

The Court is in receipt of a filing from pro se Plaintiff Judith May entitled "Request for a Ruling," in which Plaintiff asks that she be permitted to appear telephonically "for all court dates." See Docket No. 45. Plaintiff may appear telephonically for the upcoming case management conference, on February 26, 2010. However, she must seek permission from the Court to appear telephonically at each subsequent court date. Accordingly, the motion is DENIED.

**IT IS SO ORDERED.**

Dated: January 29, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\3461\order re telephone.wpd