1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

**United States District Court**
For the Northern District of California

11  JUDITH C. MAY,                                    No. C 09-03461 CRB

12              Plaintiff,                            **ORDER REGARDING REQUEST FOR RULING**

13      v.

14  RICHMOND CITY OF,

15              Defendant.

16  _____/

17          The Court is in receipt of a filing from pro se Plaintiff Judith May entitled "Request for a

18  Ruling," in which Plaintiff asks that she be permitted to appear telephonically "for all court dates."

19  See Docket No. 45.  Plaintiff may appear telephonically for the upcoming case management

20  conference, on February 26, 2010.  However, she must seek permission from the Court to appear

21  telephonically at each subsequent court date.  Accordingly, the motion is DENIED.

22          **IT IS SO ORDERED.**

23

24

25  Dated: January 29, 2010              _____
                                         CHARLES  R. BREYER
26                                       UNITED STATES DISTRICT JUDGE

27

28

G:\CRBALL\2009\3461\order re telephone.wpd