UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JUDITH MAY,<br>    Plaintiff, | No. C 09-3461 CRB ENE |
| v. | **ORDER DENYING REQUEST FOR PLAINTIFF TO APPEAR TELEPHONICALLY AT ENE** |
| CITY OF RICHMOND,<br>    Defendants. | |
| | Date: February 23, 2010<br>Mediator: Gail Killefer |

Plaintiff Judith May has submitted a request to appear telephonically at the February 23, 2010 ENE session with evaluator Gail Killefer. Contrary to Ms. May's assertion in her request, Judge Breyer granted permission for her to appear telephonically at the February 26, 2009 case management conference only. Plaintiff has not made a showing that personal attendance at the ENE session would impose an extraordinary or otherwise unjustifiable hardship as required under ADR L.R. 5-10(d). Accordingly, plaintiff's request is DENIED and she shall appear in person at the ENE.

IT IS SO ORDERED.

February 10, 2010          By:   *Elizabeth D. Laporte*

Dated                                               Elizabeth D. Laporte
                                                         United States Magistrate Judge