**UNITED STATES  DISTRICT COURT**

Northern District of California

San Francisco Division

JUDITH MAY,
          Plaintiff,

    v.

CITY OF RICHMOND,
          Defendants.
_____/

No. C 09-3461 CRB ENE

**ORDER DENYING REQUEST FOR
PLAINTIFF TO APPEAR
TELEPHONICALLY AT ENE**

Date:      February 23, 2010
Mediator:  Gail Killefer

     Plaintiff Judith May has submitted a request to appear telephonically at the February 23, 2010 ENE session with evaluator Gail Killefer.  Contrary to Ms. May's assertion in her request, Judge Breyer granted permission for her to appear telephonically at the February 26, 2009 case management conference only.  Plaintiff has not made a showing that personal attendance at the ENE session would impose an extraordinary or otherwise unjustifiable hardship as required under ADR L.R. 5-10(d).  Accordingly, plaintiff's request is DENIED and she shall appear in person at the ENE.

     IT IS SO ORDERED.

February 10, 2010         By:        _Elizabeth D. Laporte_

Dated                                    Elizabeth D. Laporte
                                    United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California