UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JUDITH C. MAY,

        Plaintiff,

  v.

RICHMOND CITY OF et al,

        Defendant.

Case Number: CV09-03461 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 10, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Judith C. May
4524 Barnes Avenue, Apt. 1A
Bronx, NY 10466

Gail Killefer
Killefer Mediation
417 Montgomery Street, Suite 300
San Francisco, CA 94104-1109

Dated: February 10, 2010

                                    Richard W. Wieking, Clerk

                                    By: Lili M. Harrell, Deputy Clerk