PETER P. EDRINGTON, Esq. (074355)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA 94523-3936
Telephone: (925) 827-3300
Facsimile: (925) 827-3320

Attorneys for Defendant CITY OF RICHMOND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH C. MAY,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY OF RICHMOND, POLICE OFFICERS: JOHN DOE I AND JOHN DOE II, SUPERVISOR<br><br>    Defendants. | CASE NO.: C 09-03461 CRB<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING EARLY NEUTRAL EVALUATION DEADLINE FROM FEBRUARY 25, 2010 TO MARCH 30, 2010 |

The plaintiff, in pro per and defendant CITY OF RICHMOND, through its attorney of record, hereby stipulate and agree that the deadline for conducting the Early Neutral Evaluation with Gail Killefer, be extended from February 25, 2010 to March 30, 2010, due to plaintiff's purported lack of funds to travel to California. Plaintiff has indicated that she will receive

//
//
//
//

Stipulation Re Extending ENE deadline        1

adequate funding after March 1, 2010. The matter remains in the court's ENE program, and Gail Killefer continues to serve as the court-appointed evaluator.

DATED: February ____, 2010                EDRINGTON, SCHIRMER & MURPHY

                                          By /s/_____
                                          Peter P. Edrington, Esq.
                                          Attorney for Defendant,
                                          CITY OF RICHMOND

DATED: February ____, 2010

                                          By /s/_____
                                          Judith C. May
                                          In Pro Per Plaintiff

## ORDER

In accordance with the foregoing stipulation, IT IS HEREBY ORDERED that the deadline to complete the Early Neutral Evaluation be extended from February 25, 2010 until March 30, 2010.

The case management conference currently on calendar is continued to April 2, 2010 at 8:30 a.m..

DATED: _____ February 25 ___, 2010

By_____

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA