UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JUDITH C. MAY,

        Plaintiff,

  v.

RICHMOND CITY OF et al,

        Defendant.
_____/

Case Number: CV09-03461 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 25, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Judith C. May
4524 Barnes Avenue, Apt. 1A
Bronx, NY 10466

Dated: February 25, 2010

                                        Richard W. Wieking, Clerk

                                        By: Barbara Espinoza, Deputy Clerk