FILED

MAR 1 0 2010

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

for the NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUDITH C. MAY | ) | 009-3461 CRB |
| Plaintiff, | ) | Case No. 03461 CRB |
| | ) | |
| vs | ) | |
| | ) | |
| CITY OF RICHMOND, et al | ) | PLAINTIFF CANCELS CASE |
| Defendants. | ) | |

To: The Honorable Judge Charles R. Breyer

1. Plaintiff will not return to California.

2. Plaintiff is dropping the case.

Dated: March 3, 2010        Signed  Judith C. May

Judith C. May
4524 Barnes Ave. Apt. 1A
Bronx, NY 10466
718 653 1207

IT IS SO ORDERED

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE
March 10, 2010
DATE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JUDITH C. MAY,

        Plaintiff,

v.

RICHMOND CITY OF et al,

        Defendant.
                                  /

Case Number: CV09-03461 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 11, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Judith C. May
4524 Barnes Avenue, Apt. 1A
Bronx, NY 10466

Dated: March 11, 2010

                                    Richard W. Wieking, Clerk

                                    By: Barbara Espinoza, Deputy Clerk